Mr. Sam E. Cumba #530401
W. J. Estell Unit
264 FM 3478 Rd
Huntsville, Texas 77350
Date: Aug 31, 2015

83.325-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 02 2015
Abel Acosta, Clerk

Court of Criminal Appeals
of Texas
P.O. Box 12308
Capitol Station
Austin Texas 78711

Re: Request for Status of Writ of Habeas Corpus
WR-83,325-01

Dear Clerk, Abel Acosta

Mr. Acosta, please be advised that with the submission of this letter I, applicant move the clerks' office to promptly notify me of the status of my pending Art. 11.07 Writ of Habeas Corpus in this court.

Your assistance, consideration and immediate reply will be deeply appreciated.

Thank You.